Shiloh S. Hernandez (MT Bar No. 9970)
Laura H. King (MT Bar No. 13574)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
hernandez@westernlaw.org
king@westernlaw.org
406.204.4861
*Admitted Pro Hac Vice*

Matt Kenna (CO Bar No. 22159)
Of Counsel, Western Environmental
Law Center
679 E. 2nd Ave., Suite 11B
Durango, CO 81301
matt@kenna.net
970.385.6941
*Admitted Pro Hac Vice*

Michael Saul (CO Bar No. 30143)
Center for Biological Diversity
1536 Wynkoop St., Suite 421
Denver, CO 80202
MSaul@biologicaldiversity.org
303.915.8308
*Admitted Pro Hac Vice*

John Barth (CO Bar No. 22957)
Attorney at Law
P.O. Box 409
Hygiene, CO 80533
barthlawoffice@gmail.com
303.774.8868
*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diné Citizens Against Ruining Our Environment, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Bureau of Indian Affairs, et al., <br><br> Defendants, <br><br> and <br><br> Arizona Public Service Company, <br><br> Intervenor-Defendant. | No. 3:16-cv-8077-SPL <br><br> PLAINTIFFS' RESPONSE TO NAVAJO TRANSITIONAL ENERGY COMPANY'S MOTIONS TO INTERVENE |

Pursuant to this Court's Order of October 4, 2016 (Doc. 42), Plaintiffs Diné Citizens Against Ruining Our Environment et al. (collectively, "Diné CARE") submit

this response to Navajo Transitional Energy Company's (NTEC) motion to intervene for the limited purpose of filing a motion to dismiss.Doc. 31. Diné CARE believes that NTEC's proposed motion to dismiss is without merit. *See* Doc. 41. However, Diné CARE does not oppose NTEC's limited motion to intervene. While Diné CARE is not opposing the limited motion to intervene, Diné CARE reserves the right to oppose NTEC's proposed motion to dismiss on all available bases.

  Respectfully submitted this 17th day of October 2016,

           s/ Shiloh Hernandez
           Shiloh Hernandez ((MT Bar No. 9970)
           Laura H. King (MT Bar No. 13574)
           Western Environmental Law Center
           103 Reeder's Alley
           Helena, MT 59601
           hernandez@westernlaw.org
           406.204.4861

           Matt Kenna (CO Bar No. 22159)
           Of Counsel, Western Environmental Law Center
           679 E. 2nd Ave., Suite 11B
           Durango, CO 81301
           matt@kenna.net
           970.385.6941
           *Admitted Pro Hac Vice*

           Michael Saul (CO Bar No. 30143)
           Center for Biological Diversity
           1536 Wynkoop St., Suite 421
           Denver, CO 80202
           MSaul@biologicaldivserity.org
           303.915.8308
           *Admitted Pro Hac Vice*

           John Barth (CO Bar No. 22957)
           Attorney at Law

                                                             P.O. Box 409
                                                           Hygiene, CO 80533
                                                           barthlawoffice@gmail.com
                                                           303.774.8868
                                                           *Admitted Pro Hac Vice*

                                                           *Attorneys for Plaintiffs*

                                            3

Pfs.' Resp. to NTEC Mot. to Intervene
Diné CARE v. Bureau of Indian Affairs

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of October 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys appearing in this case.

                                      /s/ Shiloh Hernandez
                                      Shiloh Hernandez
                                      Western Environmental Law Center
                                      103 Reeder's Alley
                                      Helena, Montana 59601
                                      hernandez@westernlaw.org
                                      406.208.4861
                                      *Admitted Pro Hac Vice*