IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dine Citizens Against Ruining Our Environment, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Bureau of Indian Affairs, et al.,<br><br>Defendants. | No.  CV-16-08077-PHX-SPL<br><br>**ORDER** |

Before the Court is Navajo Transitional Energy Company LLC's ("NTEC") Limited Motion to Intervene (Doc. 31), Defendant's Unopposed Motion to Stay Litigation Deadlines (Doc. 43), and Defendants' Unopposed Motion for Extension of Time to Lodge a Component of the Administrative Record (Doc. 47).

NTEC seeks leave to intervene in this case for the limited purpose of filing a motion to dismiss. (Doc. 31.) The parties do not oppose the request. (Docs. 44, 45.) As the owner of the mine at issue, NTEC may intervene as a matter of right. Fed. R. Civ. P. 24(a)(2); *see also Citizens for Balanced Use v. Mont. Wilderness Ass'n,* 647 F.3d 893, 897 (9th Cir. 2011) (listing requirements for intervention as a matter of right). NTEC's motion will be granted.

Next, Defendants seek a stay of litigation deadlines in the Case Management Order (Doc. 30) pending resolution of NTEC's motion to dismiss, as the outcome is potentially dispositive. (Doc. 43.) Plaintiffs do not oppose the motion. Finding good cause, the Court will grant the motion. Lastly, Defendants seek an extension of time to

file a portion of the administrative record. (Doc. 47.) As the discovery deadlines will be stayed, the Court denies the motion as moot.

**IT IS ORDERED:**

1. That Navajo Transitional Energy Company LLC's Limited Motion to Intervene (Doc. 31) is **granted**;

2. That Navajo Transitional Energy Company LLC's shall file its motion to dismiss no later than **November 2, 2016**;

3. That any interested party may file a response no later than **November 16, 2016**;

4. That Navajo Transitional Energy Company LLC's may file a reply no later than **seven days** after the filing of the response;

5. That Defendants' Motion to Stay Litigation Deadlines (Doc. 43) is **granted**;

6. That the deadlines set forth in the Court's Rule 16 Case Management Order (Doc. 30) are **stayed** pending resolution of the Navajo Transitional Energy Company LLC's motion to dismiss; and

7. That Defendants' Motion for Extension of Time (Doc. 47) is **denied** as moot.

Dated this 28th day of October, 2016.

Honorable Steven P. Logan
United States District Judge